UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 10-0051-4 (PLF)
)
ALONZO MARLOW, )
)
Defendant. )
)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Mr. Marlow's Motion [Dkt. No. 593] to Vacate, Set Aside, or

Correct his Sentence under 28 U.S.C. § 2255 is DENIED.

SO ORDERED.


            /s/
            PAUL L. FRIEDMAN
            United States District Judge

DATE:  July 8, 2021